

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2015

No. 04-15-00802-CR

**IN RE** Sam **TERRELL**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
            Marialyn Barnard, Justice
            Luz Elena D. Chapa, Justice

On December 17, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 22, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Nos. 91CR1663, 91CR1664, 91CR1665, 91CR2304, 91CR3408, 91CR4504, each styled *The State of Texas v. Sam Terrell*, from the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.